IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND RODRIGUES, JR.,

        Petitioner,              No. CIV S-06-1364 LKK DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

        Respondents.         ORDER

                                           /

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Petitioner is confined in California State Prison - Solano, which is located in Solano County. His petition attacks a judgment of conviction entered by the Alameda County Superior Court on December 11, 2003. While both this Court and the United States District Court for the Northern District of California have jurisdiction over the petition, the witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. In the furtherance of justice, the petition will be transferred to the United States District Court for the Northern District of California. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973).

/////

1

Dockets.Justia.com

1         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Northern District of California.
3 DATED: June 26, 2006.

                                          _/s/ Dale A. Drozd_____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
rodr1364.108